**BERTOLDO CARTER SMITH & CULLEN**
LAWRENCE J. SMITH, ESQ. (#6505)
JAMES R. SWEETIN, ESQ. (#5144)
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
lawre3@nvlegaljustice.com
jsweetin@nvlegaljustice.com

**ROBERT L. LANGFORD & ASSOCIATES**
ROBERT L. LANGFORD, ESQ. (#3988)
1925 Village Center Circle, Suite 150,
Las Vegas, NV 89134
Telephone: (702) 379-0440
Facsimile: (702) 991-4223
robert@robertlangford.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiffs Rosa Lainez Lemus and G.R.L.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSA LAINEZ LEMUS, individually and as natural parent and guardian of minor G.R.L.; G.R.L., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JESUS F. JARA, in his individual and official capacity; RONNIE GUERZON, in his individual and official capacity; RAYMOND ORTIZ, in his individual and official capacity BROOKE RAWLINS, in her individual and official capacity; DOES I through 10, and ROE CORPORATIONS 1 through 10, inclusive.<br><br>Defendants. | CASE NO.:   2:24-cv-00700-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 8)**<br><br><br>ECF No. 11 |

Plaintiffs ROSA LAINEZ LEMUS and G.R.L. ("Plaintiffs") and Defendants CLARK COUNTY SCHOOL DISTRICT, JESUS F. JARA, RONNIE GUERZON, RAYMOND ORTIZ, and BROOKE RAWLINS ("Defendants") (Plaintiffs and Defendants hereinafter the "Parties" or a "Party"), by and through their counsel of record, hereby stipulate and agree, as follows:

1. Plaintiffs' deadline to file their response to *Defendants' Motion to Dismiss* (ECF No. 8[1]) is currently set for May 10, 2024.

2. The Parties hereby stipulate and agree that Plaintiffs' new deadline to respond to *Defendants' Motion to Dismiss* (ECF No. 8) will be on May 24, 2024.

**IT IS SO STIPULATED AND AGREED.**

DATED this 9th day of May, 2024.

**LAGOMARSINO LAW**

/s/ Taylor N. Jorgensen
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiffs Rosa Lainez Lemus and G.R.L.*

DATED this 9th day of May, 2024.

**CLARK COUNTY SCHOOL DISTRICT**
**OFFICE OF THE GENERAL COUNSEL**

/s/ Melissa Alessi
MELISSA ALESSI, ESQ. (#9493)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
*Attorney for Defendants Clark County School District, Jesus F. Jara, Ronnie Guerzon, Raymond Ortiz, and Brooke Rawlins*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
May 9, 2024

---

[1] Defendants filed their Motion on April 26, 2024 (ECF No. 6). This filing was later corrected (ECF No. 8).