**BERTOLDO CARTER SMITH & CULLEN**
LAWRENCE J. SMITH, ESQ. (#6505)
JAMES R. SWEETIN, ESQ. (#5144)
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
lawre3@nvlegaljustice.com
jsweetin@nvlegaljustice.com

**ROBERT L. LANGFORD & ASSOCIATES**
ROBERT L. LANGFORD, ESQ. (#3988)
1925 Village Center Circle, Suite 150,
Las Vegas, NV 89134
Telephone: (702) 379-0440
Facsimile: (702) 991-4223
robert@robertlangford.com

**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiffs Rosa Lainez Lemus and G.R.L.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSA LAINEZ LEMUS, individually and as natural parent and guardian of minor G.R.L.; G.R.L., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JESUS F. JARA, in his individual and official capacity; RONNIE GUERZON, in his individual and official capacity; RAYMOND ORTIZ, in his individual and official capacity BROOKE RAWLINS, in her individual and official capacity; DOES I through 10, and ROE CORPORATIONS 1 through 10, inclusive.<br><br>Defendants. | CASE NO. 2:24-cv-00700-JAD-MDC<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE MOTION TO DISMISS HEARING** |

The parties, by and through their undersigned attorneys of record, hereby stipulate to entry of this *Stipulation and Order to Reschedule the Motion to Dismiss Hearing* to an available date and time this forthcoming September. The Plaintiffs' Counsel will be in a two-week long trial until the end of August 2024. Additionally, Plaintiffs' leading attorney will be traveling out of town for a deposition in another case from September 11, 2024 to September 13, 2024.

The parties respectfully request this Court to enter an order granting this stipulation to reschedule the Motion to Dismiss Hearing from August 19, 2024 at 2:30 p.m. to Septmeber 4, 2024 at 1:30 p.m.

**IT IS SO STIPULATED AND AGREED.**

DATED this 25th day of July, 2024.

**LAGOMARSINO LAW**

/s/ Taylor Jorgensen, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiffs Rosa Lainez Lemus and G.R.L.*

DATED this 25th day of July, 2024.

**CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL**

/s/ Melissa Alessi, Esq.
MELISSA ALESSI, ESQ. (#9493)
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
*Attorney for Defendant Clark County School District*

**IT IS SO ORDERED.  DATED: 7/29/2024**

By: _____
     **Jennifer A. Dorsey
     United States District Judge**