UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rosa Lainez Lemus,<br><br>                Plaintiff(s),<br><br>vs.<br><br>Clark County School District, et al.,<br><br>                Defendant(s). | 2:24-cv-00700-JAD-MDC<br><br>ORDER |

The Court has reviewed Defendants' *Emergency Motion to Stay Discovery* (ECF No. 34) ("Motion to Stay") and Plaintiffs' *Emergency Motion To Extend Deadline to File Amended Complaint* (ECF No. 36) ("Motion to Extend"). Both motions address discovery and procedural issues, many of which may have been resolved had the parties actually met and conferred in good faith. The parties' motions and accompanying declarations, however, demonstrate the parties did not engage in sincere, reasonable, and meaningful efforts to resolve the issues raised in their respective motions. Some of the more egregious meet and confer failures include limiting discussions only to one party's agenda and refusing or ignoring to address issues raised by the other party.

Therefore,

**IT IS ORDERED:**

**I.** The parties shall meet and confer to discuss the discovery and procedural issues raised in their briefs, including: (a) production of the unredacted documents or information at issue; (b) whether the parties can agree to a new deadline for plaintiffs to file their amended complaint; (c) whether the parties can agree to continue the deposition of Ronnie Guerzon pending the resolution of the preceding issues regarding the unredacted documents/information and the filing of an amended complaint.

**II.** The parties shall submit a "Stipulation Re: Emergency Motions" by no later than **9:00 am, September 16, 2024**, which shall contain the following:

(1) A Certification by counsel that they have meet and conferred in compliance with this Order and LR IA 1-3(f), and the date, time, and duration of all meet and confer efforts;

(2) A Statement of any issues raised by the parties' motions (ECF Nos. 34 and 36) which the parties have resolved;

(3) A Statement of any issues raised by the parties' motions (ECF Nos. 34 and 36) which the parties were unable to resolve despite good faith efforts, including the proposals by each party to resolve the issue/s, and the reasons why the parties were unable to resolve such issue/s;

and, if necessary,

(4) A Statement by each party setting forth its respective position regarding any unresolved issue/s still in dispute. The parties' respective statement shall be no more than two (2), double-spaced, pages.

**III.** The parties shall appear for an in-person hearing on **September 17, 2024, at 2:30 pm** in Courtroom 3C.

**IV.** The deadline set forth in the 09/04/24 Minute Order (ECF No. 33) for plaintiffs to file an amended complaint is temporarily continued pending the Court's determination of plaintiffs' Motion to Extend.

IT IS SO ORDERED.

Dated: September 12, 2024

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge